AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### District of South Carolina

| Curtis Anthony | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:19-cv-01656-DCN-BM |
| The Boeing Company | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dennis A. Muilenburg, CEO
The Boeing Company
100 North Riverside
Chicago, Illinois 60606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gist Law Firm, PA
Attn: Donald Gist, Aaron Wallace
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: June 10, 2019



s/H.Adaway

*Signature of Clerk or Deputy Clerk*